No. ——, Original. *Ex parte:* IN THE MATTER OF ADOLPH GRIMSINGER, PETITIONER. Submitted March 9, 1914. Decided March 16, 1914. Motion for leave to file amended petition for writ of habeas corpus denied. *Mr. George F. Curtis* for the petitioner. *The Attorney General* and *The Solicitor General* opposing.